**Order entered October 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01285-CV

**ARUBA PETROLEUM, INC., Appellant**

**V.**

**LISA PARR, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-01650-E**

## ORDER

We **GRANT** appellant's October 1, 2015 second unopposed motion to extend time to file brief and **ORDER** the brief be filed no later than November 9, 2015. We caution appellant that no further extensions will be granted absent exigent circumstances.

/s/     CRAIG STODDART
            JUSTICE